[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 12-12430
Non-Argument Calendar

_____

D.C. Docket No. 9:11-cr-80195-KLR-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ROBERT DENMARK,
a.k.a. Mark Anthony White,
a.k.a. Darrick Maynard Scrub,
a.k.a. Bryan Junior Robinson,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(December 14, 2012)

Before TJOFLAT, PRYOR and MARTIN, Circuit Judges.

PER CURIAM:

Peter Birch, appointed counsel for Robert Denmark in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).   Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.   Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Denmark's conviction and sentence are **AFFIRMED**.